B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sagamore Partners, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sagamore, The Art Hotel; DBA Sagamore Hotel** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**65-0771420** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1671 Collins Avenue**<br>**Miami Beach, FL**<br>ZIP Code **33139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1177 Kane Concourse, Ste 201**<br>**Bay Harbor, FL**<br>ZIP Code **33154** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Sagamore Partners, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sagamore Partners, Ltd.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Peter D. Russin**
Signature of Attorney for Debtor(s)

**Peter D. Russin 765902**
Printed Name of Attorney for Debtor(s)

**Meland Russin & Budwick, P.A.**
Firm Name

**200 South Biscayne Boulevard**
**Suite 3000**
**Miami, FL 33131**
Address

**Email: www.melandrussin.com**
**(305) 358-6363  Fax: (305) 358-1221**
Telephone Number

**October 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Martin W. Taplin, Pres of Miami Beach Vacation Resorts, Inc.**
Signature of Authorized Individual

**Martin W. Taplin, Pres of Miami Beach Vacation Resorts, Inc.**
Printed Name of Authorized Individual

**Manager of Sagamore GP LLC, the Debtor's General Partner**
Title of Authorized Individual

**October 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Southern District of Florida

In re  **Sagamore Partners, Ltd.**                                                                              Case No.
                                                            Debtor(s)                                    Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Martin W. Taplin,** declare under penalty of perjury that I am the **President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the General Partner** of **Sagamore Partners, Ltd.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of October, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Martin W. Taplin, Pres of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner** is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date  **October 4, 2011**                                                  Signed  **/s/ Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc.,**
                                                                                              **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner**

Resolution of Board of Directors
of
**Sagamore Partners, Ltd.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner,** is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner**is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

Date  **October 4, 2011**

Signed  /s/ Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc.,

**Martin W. Taplin, President of Miami Beach Vacation Resorts, Inc., Manager of Sagamore GP LLC, the Debtor's General Partner**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Sagamore Partners, Ltd.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1177 Kane Concourse Pshp, Ltd<br>1177 Kane Concourse<br>Ste 201<br>Bay Harbor, FL 33154 | 1177 Kane Concourse Pshp, Ltd<br>1177 Kane Concourse<br>Ste 201<br>Bay Harbor, FL 33154 | Office space rent | | 157,046.99 |
| 14th Brickell West, Ltd<br>1177 Kane Concourse<br>Ste 201<br>Bay Harbor, FL 33154 | 14th Brickell West, Ltd<br>1177 Kane Concourse<br>Ste 201<br>Bay Harbor, FL 33154 | Loan | | 12,461,953.87 |
| Berger Singerman<br>350 E Las Olas Blvd<br>Ste 1000<br>Ft Lauderdale, FL 33301 | Berger Singerman<br>350 E Las Olas Blvd<br>Ste 1000<br>Ft Lauderdale, FL 33301 | Professional services | | 170,855.02 |
| Bickel & Brewer<br>4800 Bank One Center<br>1717 Main St<br>Dallas, TX 75201 | Bickel & Brewer<br>4800 Bank One Center<br>1717 Main St<br>Dallas, TX 75201 | Professional services | | 52,688.37 |
| Boucher Brothers Management, Inc.<br>420 Lincoln Rd<br>Ste 265<br>Miami Beach, FL 33139 | Boucher Brothers Management, Inc.<br>420 Lincoln Rd<br>Ste 265<br>Miami Beach, FL 33139 | Professional services | | 27,517.00 |
| Flatiron Capital<br>Dept 2195<br>Denver, CO 80271-2195 | Flatiron Capital<br>Dept 2195<br>Denver, CO 80271-2195 | Insurance premium financing | | 304,929.00 |
| Florida Dept of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0112 | Florida Dept of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0112 | Taxes | | 33,427.03 |
| Fritella Management<br>1601 Collins Ave<br>Miami Beach, FL 33139 | Fritella Management<br>1601 Collins Ave<br>Miami Beach, FL 33139 | Trade debt | | 68,644.00 |
| Greenberg Traurig<br>333 Avenue of the Americas<br>Ste 4400<br>Miami, FL 33131 | Greenberg Traurig<br>333 Avenue of the Americas<br>Ste 4400<br>Miami, FL 33131 | Professional services | | 53,100.92 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Sagamore Partners, Ltd.**                                           Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Greenberg Traurig**<br>**5100 Town Center Circle**<br>**Ste 400**<br>**Boca Raton, FL 33486** | **Greenberg Traurig**<br>**5100 Town Center Circle**<br>**Ste 400**<br>**Boca Raton, FL 33486** | **Professional services** | | 354,708.13 |
| **Hall, Lamb & Hall, P.A.**<br>**1428 Brickell Avenue**<br>**PH**<br>**Miami, FL 33131** | **Hall, Lamb & Hall, P.A.**<br>**1428 Brickell Avenue**<br>**PH**<br>**Miami, FL 33131** | **Professional services** | | 534,782.23 |
| **Harbour Realty Advisors Inc**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **Harbour Realty Advisors Inc**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **Loan** | | 212,934.61 |
| **Harbour Realty Advisors, Inc.**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **Harbour Realty Advisors, Inc.**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **Professional services** | | 100,000.00 |
| **Howard Hollander, P.A.**<br>**1177 Kane Concourse**<br>**Ste 231**<br>**Bay Harbor, FL 33154** | **Howard Hollander, P.A.**<br>**1177 Kane Concourse**<br>**Ste 231**<br>**Bay Harbor, FL 33154** | **Professional services** | | 27,141.96 |
| **Imperial Credit Corporation**<br>**101 Hudston St**<br>**Jersey City, NJ 07302** | **Imperial Credit Corporation**<br>**101 Hudston St**<br>**Jersey City, NJ 07302** | **Insurance premium financing** | | 20,988.84 |
| **Keith D. Silverstein, P.A.**<br>**1177 Kane Concourse**<br>**Ste 230**<br>**Bay Harbor, FL 33154** | **Keith D. Silverstein, P.A.**<br>**1177 Kane Concourse**<br>**Ste 230**<br>**Bay Harbor, FL 33154** | **Professional services** | | 31,263.00 |
| **Richard And Richard, P.A.**<br>**825 Brickell Bay Dr**<br>**Ste 1748**<br>**Miami, FL 33131** | **Richard And Richard, P.A.**<br>**825 Brickell Bay Dr**<br>**Ste 1748**<br>**Miami, FL 33131** | **Professional services** | | 139,186.67 |
| **Social Miami**<br>**1671 Collins Ave**<br>**Miami Beach, FL 33139** | **Social Miami**<br>**1671 Collins Ave**<br>**Miami Beach, FL 33139** | **Trade debt** | | 235,291.05 |
| **The Taplin Company Ltd**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **The Taplin Company Ltd**<br>**1177 Kane Concourse**<br>**Ste 201**<br>**Bay Harbor, FL 33154** | **Loan** | | 110,000.00 |
| **U.S. Alliance Management Corp.**<br>**% Michael W. Skop, Esq.**<br>**12865 W Dixie Hwy**<br>**No Miami Beach, FL 33161** | **U.S. Alliance Management Corp.**<br>**% Michael W. Skop, Esq.**<br>**12865 W Dixie Hwy**<br>**No Miami Beach, FL 33161** | **Litigation** | **Disputed** | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sagamore Partners, Ltd.**                                              Case No.
_____                                    _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Sagamore GP LLC, the Debtor's General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 6, 2011**                    Signature  **/s/ Martin W. Taplin, Pres of Miami Beach Vacation Resorts, Inc.**
                                                        **Martin W. Taplin, Pres of Miami Beach Vacation Resorts, Inc.**
                                                        **Manager of Sagamore GP LLC, the Debtor's General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1177 Kane Concourse Pshp, Ltd
1177 Kane Concourse
Ste 201
Bay Harbor, FL 33154

14th Brickell West, Ltd
1177 Kane Concourse
Ste 201
Bay Harbor, FL 33154

ADP TotalSource, Inc.
Attn: Mike Maseda, Area President
10200 Sunrise Dr
Miami, FL 33173

All A/C Storage
1880 W Ave
Miami Beach, FL 33139

American Hotel Register Company
16458 Collections Center Dr
Chicago, IL 60693

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Atlas TV & Electronics, Inc.
736 71 Street.
Miami Beach, FL 33141

Bercow Radell & Fernandez
200 S Biscayne Blvd
Ste 850
Miami, FL 33131

Berger  Singerman
350 E Las Olas Blvd
Ste 1000
Ft Lauderdale, FL 33301

Bickel & Brewer
4800 Bank One Center
1717 Main St
Dallas, TX 75201

Boucher Brothers Management, Inc.
420 Lincoln Rd
Ste 265
Miami Beach, FL 33139


Bruce M. Goldstein & Assoc. Inc.
1177 Kane Concourse
Ste 217
Bay Harbor, FL 33154


Capital Z Consulting Corp.
80 W. Rivo Alto Dr
Miami Beach, FL 33139


Cendyn
1515 N Federal Hwy
Ste 419
Boca Raton, FL 33432


Christine Taplin
1177 Kane Concourse
Ste 201
Bay Harbor, FL 33154


Christine Taplin
1404 Biscaya Dr
Biscaya Island
Surfside, FL 33154


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627


Cintas Corporation #017
1111 NW 209 Ave
Pembroke Pines, FL 33029


City of Miami Beach
PO Box 116649
Atlanta, GA 30368-6649


City of Miami Beach
Business Tax Section
1700 Convention Center Dr
Miami Beach, FL 33139-1824

City of Miami Beach
Finance/Resort Tax
1700 Convention Center Dr
Miami Beach, FL 33139


Cole,Schotz,Meisel,Forman & Leonard
Court Plaza N
PO Box 800
Hackensack, NJ 07602-0800


Crescent Hotels & Resorts LLC
10304 Eaton Pl
Ste 460
Fairfax, VA 22030


Dade Paper
PO Box 523666
Miami, FL 33152


Dryeco
18660 Collins Ave
Sunny Isles, FL 33160


Ecolab Pest Elimination Div
PO Box 6007
Grand Forks, ND 58206-6007


Enviro-Mechanical Repair Corp.
9085 NW 117 St
Hialeah Gardens, FL 33018


Environmental Coalition Of Miami Beach
945 Pennsylvania Ave
Miami Beach, FL 33139


Expedia Travel
PO Box 847677
Dallas, TX 75284-7677


Flatiron Capital
Dept 2195
Denver, CO 80271-2195

Florida Dept of Revenue  
5050 W Tennessee St  
Tallahassee, FL 32399-0112  

Fritella Management  
1601 Collins Ave  
Miami Beach, FL 33139  

Gaia's International Inc.  
PO Box 14-4252  
Coral Gables, FL 33114-4252  

Geomantic Designs, Inc.  
6800 SW 81 St  
Miami, FL 33143  

Goconcierge.Net  
Attn Accounts Receivable  
11828 La Grange Ave  
Los Angeles, CA 90025  

Greenberg Traurig  
5100 Town Center Circle  
Ste 400  
Boca Raton, FL 33486  

Greenberg Traurig  
333 Avenue of the Americas  
Ste 4400  
Miami, FL 33131  

Greenberg Traurig  
450 S Orange Ave  
Ste 650  
Orlando, FL 32801  

Hall, Lamb & Hall, P.A.  
1428 Brickell Avenue  
PH  
Miami, FL 33131  

Harbour Realty Advisors Inc  
1177 Kane Concourse  
Ste 201  
Bay Harbor, FL 33154

Harbour Realty Advisors, Inc.
1177 Kane Concourse
Ste 201
Bay Harbor, FL 33154


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058


Helms Briscoe
20875 N 90 Pl
Scottsdale, AZ 85255


Hospitality Careers Online, Inc.
% Coamerica Bank
PO Box 673682
Detroit, MI 48267-3682


Howard Hollander, P.A.
1177 Kane Concourse
Ste 231
Bay Harbor, FL 33154


Imperial Credit Corporation
101 Hudston St
Jersey City, NJ 07302


Integrated Technology Services
8825 NW 21 Terr
Doral, FL 33172


Jaroslawicz Law Offices
1177 Kane Concourse
Ste 222
Bay Harbor, FL 33154


Jet Set Limousine
1717 N Bayshore Dr
Ste 107
Miami, FL 33132


Jet Set Limousine Inc.
1717 N Bayshore Dr
Ste 107
Miami, FL 33132

JPMCC 2006-LDP7 Miami Beach
Lodging, LLC
% Adam F. Haimo, Esq., Bilzin Sumberg
1450 Brickell Ave, Ste 2300
Miami, FL 33131


Keith D. Silverstein, P.A.
1177 Kane Concourse
Ste 230
Bay Harbor, FL 33154


LodgeNet Entertainment Corp.
3900 W. Innovation St
Sioux Falls, SD 57107


Lodgenet Interactive Corp.
PO Box 952141
Saint Louis, MO 63195-2141


M&G Parking , LLC
1210 Michigan Ave
Miami Beach, FL 33139


Marble Kare Usa Inc
1181 S Rogers Cir
Ste 17
Boca Raton, FL 33487


Marksman Security Corp
2201 Griffin Rd
Ft Lauderdale, FL 33312


Martin W Taplin
1177 Kane Concourse
Ste 201
Bay Harbor, FL 33154


Mendez & Company, CPA
17670 NW 78 Ave
Ste 201
Miami, FL 33015


Miami Dade County Tax Collector
Convention And Tourist Tax Section
140 W Flagler St, Ste 1202
Miami, FL 33130-1575

```
Milner Inc.
PO Box 923197
Norcross, GA 30010-3197


New White Linen
847 W 17 St
Hialeah, FL 33010


Pitney Bowes Global Financial Services L
PO Box 856460
Louisville, KY 40285-6460


Positive Promotions Inc.
15 Gilpin Ave
Hauppauge, NY 11788


Pro-Tech Int'l Security Systems Inc.
7485 Davie Road Ext
Ste. A
Davie, FL 33024


Property Tax Adjusters Inc.
4770 Biscayne Blvd.
Ste 670
Miami, FL 33137


Regency of Miami Inc.
42 W 38, Ste 602
New York, NY 10018


Reporting Resources Inc.
19 W Flagler St
Ste 503
Miami, FL 33130


Richard And Richard, P.A.
825 Brickell Bay Dr
Ste 1748
Miami, FL 33131


Shulman & Associates
100 NE 38 St
Space 2
Miami, FL 33137
```

Signature  
PO Box 931294  
Cleveland, OH 44193


Social Miami  
1671 Collins Ave  
Miami Beach, FL 33139


Sole, Inc.  
8378 NW 56 St  
Doral, FL 33166


South Beach Hardgoods  
1668 Alton Rd  
Miami Beach, FL 33139


Sprint  
PO Box 4181  
Carol Stream, IL 60197-4181


Staples Business Advantage  
Dept Atl  
PO Box 71217  
Chicago, IL 60694-1217


TD Bank  
255 Alhambra Cir  
2 FL  
Coral Gables, FL 33134


The Taplin Company Ltd  
1177 Kane Concourse  
Ste 201  
Bay Harbor, FL 33154


Thyssenkrupp Elevator  
PO Box 933010  
Atlanta, GA 31193-3010


Torn Ranch  
23-B Pimentel Ct  
Novato, CA 94949-5661

U.S. Alliance Management Corp.  
% Michael W. Skop, Esq.  
12865 W Dixie Hwy  
No Miami Beach, FL 33161  


Upstream Consulting  
455 Massachusetts Ave NW  
Ste 430  
Washington, DC 20001  


US Security  
PO Box 521606  
Miami, FL 33152-0606  


VFM Leonardo Inc.  
PO Box 311116  
Detroit, MI 48231  


Wet Heat Project, LLC  
PO Box 610175  
Miami, FL 33261  


Windstream Communications  
PO Box 580451  
Charlotte, NC 28258-0451  


World Hotels  
The Americas-Orlando Office  
7009 Dr. Phillips Blvd. Ste 250  
Orlando, FL 32819  


LNR Partners  
1601 Washington Ave  
Miami Beach, FL 33139  


Martin W. Taplin  
1177 Kane Concourse, Ste 201  
Bay Harbor, FL 33154  


Sagamore GP, LLC  
1177 Kane Concourse, Ste 201  
Bay Harbor, FL 33154

```
Sagamore Investor, Ltd.
1177 Kane Concourse, Ste 201
Bay Harbor, FL 33154
```